IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:24-CV-484-FL

| | | |
|---|---|---|
| MAGNOLIA VILLAGE ADC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PAUL BURKENTINE, MICHAEL BURKENTINE, BRYCE BURKENTINE, BRIAN BURKENTINE, and BURKENTINE AND SONS BUILDERS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br>Fed. R. Civ. P. 56 |

NOW COMES Plaintiff Magnolia Village ADC, LLC ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 56 of the North Carolina Rules of Civil Procedure and Local Civil Rules 7.1, 10.1, and 56, and hereby moves for partial summary judgment as to Plaintiff's claim for Breach of Contract against Defendant Burkentine and Sons Builders, Inc. In support of its Motion, Plaintiff contemporaneously files the following documents:

1. Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment;

2. Appendix to Local Rule 56.1 Statement of Facts; and

3. Local Rule 56.1 Statement of Facts.

For the reasons set forth in the Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment, Plaintiff respectfully requests that the court grant its Motion for Partial Summary Judgment and enter judgment in favor of Plaintiff on its Breach of Contract claim.

Respectfully submitted this 2nd day of September 2025.


/s/ William C. Robinson
William C. Robinson
Robinson Elliott & Smith
800 East Blvd.
Charlotte, North Carolina 28203
(704) 343-0061
Fax (704) 373-0290
srobinson@reslawfirm.net
NC State Bar No. 17584
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the date specified below, I caused the foregoing document to be filed via CM/ECF, which will generate notice to the following attorneys of record:

Christopher L. Blake
chris.blake@nelsonmullins.com
Alexandra M. Bradley
alex.bradley@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603

This 2nd day of September 2025.

/s/ William C. Robinson
William C. Robinson
Robinson Elliott & Smith
800 East Blvd.
Charlotte, North Carolina 28203
(704) 343-0061
Fax (704) 373-0290
srobinson@reslawfirm.net
NC State Bar No. 17584
Attorney for Plaintiff