IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:24-CV-484-FL

| | | |
|---|---|---|
| MAGNOLIA VILLAGE ADC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PAUL BURKENTINE, MICHAEL BURKENTINE, BRYCE BURKENTINE, BRIAN BURKENTINE, and BURKENTINE AND SONS BUILDERS, INC.,<br><br>Defendants. | ) | JOINT STATUS REPORT |

NOW COME Plaintiff Magnolia Village ADC, LLC ("Plaintiff"), and Defendants Bryce Burkentine and Burkentine and Sons Builders, Inc. ("Defendants"), by and through undersigned counsel and pursuant to the Court's Order (DE 42), and hereby submit the following Joint Status Report:

1. The parties estimate the length of trial as five (5) days.

2. The parties are aware of no pretrial issues which may require court intervention in advance of trial other than mutual motions in limine.

3. The parties are available for trial during the weeks of April 26, 2027, May 3, 2027, and May 10, 2027.

At this time, the parties do not request to schedule a court-hosted settlement conference or any additional alternative dispute resolution proceeding in advance of trial. However, the parties will continue to explore settlement opportunities privately.

Respectfully submitted this 13th day of October 2026.

**ROBINSON GOODING LAW**

BY: */s/William C. Robinson*

William C. Robinson (NCSB #17584)
800 East Boulevard, Suite 100
Charlotte, North Carolina 28203
Ph: (704) 343-0061
Fax: (704) 373-0290
srobinson@reslawfirm.net

BY: */s/Dorothy M. Gooding*

Dorothy M. Gooding (NCSB #46058)
800 East Boulevard, Suite 100
Charlotte, North Carolina 28203
Ph: (704) 343-0061
Fax: (704) 373-0290
dgooding@reslawfirm.net

*Attorneys for Plaintiff*

**CRANFILL SUMNER, LLP**

BY: */s/Christopher J. Blake*

Christopher J. Blake (NCSB #16433)
5440 Wade Park Blvd., Suite 300
Raleigh, NC 27607
Ph: (919) 863-8811
Fax: (919) 863-3433
cblake@cshlaw.com

*Attorney for Defendants*